VERRET CONSTRUCTION CO., *Respondent,*
*v.*
JELCO INCORPORATED, *Appellant.*
(No. 36-355, SC 25120)
572 P2d 1029

DeMar L. Batchelor, of Schwenn, Bradley & Batchelor, Hillsboro, argued the cause and filed a brief for appellant.

Thomas A. Huffman, of Huffman & Zenger, Hillsboro, argued the cause and filed a brief for respondent.

Before Holman, Presiding Justice, Howell and Lent, Justices, and Gillette, Justice Pro Tempore.

PER CURIAM.

## PER CURIAM.

Plaintiff brought an action to recover the reasonable value of the use of some heavy construction equipment. Defendant appealed from a judgment based upon a jury verdict for plaintiff. Defendant's only assignment of error is that there was no substantial evidence to support the jury verdict.

Defendant made no motion for a non-suit or for a directed verdict. In the absence of having tested the sufficiency of the evidence to sustain the verdict in the trial court, defendant cannot raise the issue on appeal. *Wood Ind'l Corp. v. Rose,* 271 Or 103, 105-06, 530 P2d 1245 (1975); *Shmit v. Day,* 27 Or 110, 116-17, 39 P 870 (1895).

Affirmed.